**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENI W. FONOTI,<br><br>   Plaintiff,<br><br> vs.<br><br>JEANNE S. WOODFORD, et al.,<br><br>   Defendant(s). | No. C 06-02112 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Docket No. 7) |

On March 22, 2006, plaintiff, a California prisoner currently incarcerated at California Substance Abuse Treatment Facility in Corcoran, California, filed a <u>pro se</u> civil rights action under 42 U.S.C. § 1983 against various Salinas Valley State Prison ("SVSP") prison officials for their unconstitutional acts towards plaintiff during his time of incarceration at SVSP. The complaint was dismissed with leave to amend within thirty days of the order of dismissal, dated May 7, 2007. Plaintiff filed a motion for an extension of time to file an amended complaint on June 6, 2007. (Docket No. 7).

Order Granting Extension of Time to File and Amended Complaint
P:\PRO-SE\SJ.JW\CR.06\Fonoti02112_ext.wpd

Case 5:06-cv-02112-JW   Document 8   Filed 06/19/07   Page 2 of 2

Plaintiff's motion for an extension of time of thirty days, to and including July 7, 2007, to file an amended complaint (Docket No. 12) is GRANTED.  **If plaintiff fails to timely file an amended complaint in conformity with this order, the complaint will be dismissed.**

DATED:  June 19 2007

JAMES WARE
United States District Judge

Order Granting Extension of Time to File and Amended Complaint
P:\PRO-SE\SJ.JW\CR.06\Fonoti02112_ext.wpd             2